IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      *Plaintiff*,

    v.                              Civ. No. 12-25 ACT/RHS

FUNDS IN THE AMOUNT OF $220,271.00
FROM ACCOUNT NO. **3478 PEOPLES BANK, ET.AL.,

      *Defendants*,

and

INSPIRATIONAL EQUITIES,
SHADOW SYSTEMS,
LANDMARK UNLIMITED, LLC,

      *Claimants*.

## SUMMONS RETURNED EXECUTED

    Summons returned executed by United States of America. Attorney, Timothy M. Padilla, for claimant Shadow System was served on May 3, 2012 by registered mail. Receipt for Registered Mail is attached hereto.

                                  Respectfully submitted,

                                  KENNETH J. GONZALES
                                United States Attorney

                                *Electronically filed June 15, 2012*
                                STEPHEN R. KOTZ
                                CYNTHIA L. WEISMAN
                                Assistant U.S. Attorneys
                                P.O. Box 607
                                Albuquerque, NM  87103-0607
                                (505) 346-7274

I HEREBY CERTIFY that on June 15, 2012, I filed the foregoing electronically through the CM/ECF system, and there are no other parties of record to be served, as more fully reflected on the Notice of Electronic Filing.
   */s/*
STEPHEN R. KOTZ
CYNTHIA L. WEISMAN
Assistant U.S. Attorneys